Decided May 7, 1998

## BONNIE JEAN FORESHAW *v.* COMMISSIONER OF CORRECTION

The petitioner Bonnie Jean Foreshaw's petition for certification for appeal from the Appellate Court, 48 Conn. App. 122 (AC 16276), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Diane Polan,* in support of the petition.

*Rita M. Shair,* assistant state's attorney, in opposition.

Decided May 7, 1998